UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE:                                                  CHAPTER 13

**MYRNA L BECK**,                                       CASE NO. **10-41314 - LWD**
**BERNARD M BECK, II**,

                              Debtors.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

BAYVIEW LOAN SERVICING, LLC,
                          Movant,      CONTESTED MATTER
v.

MYRNA L BECK,
BERNARD M BECK, II,
O. BYRON MEREDITH, III, Trustee,
                          Respondents.

## WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

      COMES NOW, Bayview Loan Servicing, LLC, Movant herein, and hereby withdraws its

Motion for Relief from Automatic Stay (Docket No.40), filed on January 30, 2014, currently

pending before this Court.

DATE: May 5, 2014

                                        **PENDERGAST & ASSOCIATES, P.C.**

                                        By: /s/ Kristi Smith
                                        Kristi Smith
                                        Bar No. 117716
                                        Attorney for Movant

                                        115 Perimeter Center Place
                                        South Terraces, Suite 1000
                                        Atlanta, GA 30346
                                        Phone: 770-392-0303
                                        Fax: 770-392-0909
                                        Email: ksmith@penderlaw.com

## CERTIFICATE OF SERVICE

I, Kristi Smith, certify that I am over the age of 18 and that on May 5, 2014, I served a copy of the foregoing WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY by electronic mail or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Bernard M Beck, II
Myrna L Beck
439 Polk Road
Ellabell, GA 31308

Judson C. Hill-KDT
Gastin & Hill
P O Box 8012
Savannah, GA 31412

O. Byron Meredith, III
Chapter 13 Trustee
PO Box 10556
Savannah, GA 31412

Steve Greenberg
Weiner, Shearhouse, et al.
P.O. Box 10105
14 East State Street
Savannah, GA 31401

Date: May 5, 2014

PENDERGAST & ASSOCIATES, P.C.

By: /s/ Kristi Smith
Kristi Smith
Bar No. 117716
Attorney for Movant

115 Perimeter Center Place
South Terraces, Suite 1000
Atlanta, GA 30346
Phone: 770-392-0303
Fax: 770-392-0909
Email: ksmith@penderlaw.com